**LAW OFFICES OF**
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 27 2021

July 26, 2021

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 27 2021

Re: *United States v. Goodman, et al. (Augustus Ingram)*
20 Cr. 57 (GBD)

Dear Judge Daniels:

On behalf of Augustus Ingram, I respectfully join in the letter motion filed today by Donna Newman, counsel for Robert Baley, seeking a modification of the schedule for the filing of pretrial motions.

Respectfully submitted,

*Gary G. Becker*
Gary G. Becker

cc: Counsel of Record via ECF