**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

AUGUSTUS INGRAM,

                             Defendant.

------------------------------------- x

ORDER

20 Cr. 57-20 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 4 2021

GEORGE B. DANIELS, United States District Judge:

Defendant has requested an order of temporary release or U.S. Marshal escort in their custody to attend his mother's funeral. The Government and the U.S. Marshals Service oppose Defendant's request. Defendant's request is DENIED.

Dated: New York, New York
       September 24, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge