**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                          :

     -against-                                       :                         <u>ORDER</u>

                                      :

DARON GOODMAN et al.,                              :                    20 Crim. 57 (GBD)

                                        :

                         Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, District Judge:

       The status conference scheduled for November 16, 2022 as to all Defendants is adjourned to

January 18, 2023 at 10:00 a.m.  On the Government's motion, made with Defendants' consent,

time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(A), until that time.


Dated:  November 14, 2022
       New York, New York

                              SO ORDERED.

                              _George B. Daniels_
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE