UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,　　　　　　　:

　　　　-against-　　　　　　　　　　　　:　　　ORDER

DARON GOODMAN et al.,　　　　　　　　　:　　　20 Crim. 57 (GBD)

　　　　　　　　　　　　Defendants.　　:
------------------------------------- x

GEORGE B. DANIELS, District Judge:

　　　The status conference scheduled for January 18, 2023 as to all Defendants is adjourned to April 19, 2023 at 10:00 a.m. On the Government's motion, made with Defendants' consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: January 12, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE