UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-                        ORDER

DARON GOODMAN et al.,          20 Crim. 57 (GBD)

                     Defendants.

------------------------------------x

GEORGE B. DANIELS, District Judge:

      The status conference scheduled for April 19, 2023 as to all Defendants is adjourned to June 7, 2023 at 10:00 a.m. On the Government's motion, made with Defendants' consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: April 13, 2023
       New York, New York

                                             SO ORDERED.

                                             *George B. Daniels* (signature)
                                             GEORGE B. DANIELS
                                             UNITED STATES DISTRICT JUDGE