UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

AUGUSTUS INGRAM,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Crim. 57-20 (GBD)

GEORGE B. DANIELS, United States District Judge:

On the Defendant's motion, made with the Government's consent, the conference scheduled for June 27, 2023 is adjourned to July 12, 2023 at 12:45 p.m.

Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

The Clerk of Court is directed to close the open motions at ECF Nos. 656 and 657.

Dated: New York, New York
June 12, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge