LAW OFFICES OF
# Gary G. Becker, P.L.L.C.
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

October 30, 2023

**SO ORDERED**

The conference scheduled for November 15, 2023 is adjourned to January 10, 2024 at 10:00 a.m.

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

OCT 3 0 2023

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Augustus Ingram, et al.
07 Cr. 566 (GBD)

Dear Judge Daniels:

    With the consent of the government, this letter is respectfully submitted on behalf of Augustus Ingram to request an adjournment of his sentencing date, currently scheduled for November 15, 2023, until a date convenient to the Court on or after December 21, 2023. The requested adjournment, if granted, will afford me the time necessary to complete my review with Mr. Ingram of the Presentence Report, gather pertinent documents and supporting letters, prepare our sentencing submission to the Court, and otherwise be ready for sentencing.

    I have conferred with Assistant United States Attorney Peter Davis and, as noted, on behalf of the government he consents to this request.

Respectfully submitted,

*Gary Becker*

Gary G. Becker

cc: Peter Davis, AUSA